Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

July 14 _____ 20 21

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>CHARLES JAMES WILLIAMS,<br><br>Defendant. | NO. CR21-119 RAJ<br><br>INDICTMENT |

The Grand Jury charges that:

## COUNT 1

### (Threatening a Federal Law Enforcement Officer)

On or about December 20, 2020, in King County, within the Western District of Washington, CHARLES JAMES WILLIAMS did threaten to assault and murder a federal law enforcement officer and an official whose killing would be a crime under Title 18, United States Code, Section 1114, namely, S.C. of the Federal Bureau of Prisons, with the intent to impede, intimidate, and interfere with such officer while she was engaged in the performance of official duties, and with the intent to retaliate against such officer on account of her performance of official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

**(Threatening a Federal Law Enforcement Officer)**

On or about December 20, 2020, in King County, within the Western District of Washington, CHARLES JAMES WILLIAMS did threaten to assault and murder a federal law enforcement officer and an official whose killing would be a crime under Title 18, United States Code, Section 1114, namely, W.M. of the Federal Bureau of Prisons, with the intent to impede, intimidate, and interfere with such officer while he was engaged in the performance of official duties, and with the intent to retaliate against such officer on account of his performance of official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

## COUNT 3

**(Threatening a Federal Law Enforcement Officer)**

On or about December 20, 2020, in King County, within the Western District of Washington, CHARLES JAMES WILLIAMS did threaten to assault and murder a federal law enforcement officer and an official whose killing would be a crime under Title 18, United States Code, Section 1114, namely, S.B. of the Federal Bureau of Prisons, with the intent to impede, intimidate, and interfere with such officer while he was engaged in the performance of official duties, and with the intent to retaliate against such officer on account of his performance of official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

## COUNT 4

**(Threatening a Federal Law Enforcement Officer)**

On or about December 29, 2020, in King County, within the Western District of Washington, CHARLES JAMES WILLIAMS did threaten to assault and murder a federal law enforcement officer and an official whose killing would be a crime under Title 18, United States Code, Section 1114, namely, W.B. of the Federal Bureau of Prisons, with the intent to impede, intimidate, and interfere with such officer while he

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  was engaged in the performance of official duties, and with the intent to retaliate against

2  such officer on account of his performance of official duties.

3       All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

4

5                         A TRUE BILL:

6                         DATED: *14 July 2021*

7

8                         *(Signature of Foreperson redacted pursuant to*

                        *the policy of the Judicial Conference of the*

9                         *United States)*

10                         _____

11                         FOREPERSON

12

13     _____

14  TESSA M. GORMAN
   Acting United States Attorney

15

16

17     _____

18  TODD L. GREENBERG
   Assistant United States Attorney

19

20

21     _____

22  JESSICA M. MANCA
   Assistant United States Attorney

23

24

25

26

27

28

INDICTMENT / WILLIAMS - 3