UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES JAMES WILLIAMS,

    Defendant.

Case No. CR21-119 RAJ

DETENTION ORDER

Mr. Williams is charged with threatening a federal law enforcement officer, 18 U.S.C. §§ 115(a)(1)(B) and (b)(4). The Court held a detention hearing on March 16, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Mr. Williams stipulated to detention on the record.
2. Mr. Williams poses a risk of nonappearance due to criminal activity and other noncompliance while under supervision, including a history of absconding; substance abuse and mental health history; and lack of employment.
3. Mr. Williams poses a risk of danger due to the nature of the instant offense; a pattern

DETENTION ORDER - 1

        of similar behavior; a history of violence and weapon use; criminal activity and other noncompliance while under supervision; and substance abuse and mental health history.

4.   Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Williams' appearance at future court hearings while addressing the danger to other persons or the community.

5.   Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Williams as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Williams shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Williams shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Williams is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Williams, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this  18th  day of March, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3