Honorable Judge Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

CHARLES JAMES WILLIAMS,

                Defendant.

No.  CR21-119 RAJ

ORDER GRANTING
MOTION TO SEAL

The Court, having considered Defendant's Motion to Seal Defendant Williams's Supplemental Memo Supporting Defense Counsel, and good cause having been shown, hereby orders that the Motion to Seal (Dkt. 23) is GRANTED.  Defendant's Supplemental Memo (Dkt. 24) shall remain filed under seal.

    DATED this 19th day of April, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
Case No. CR21-119 RAJ

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
7200 Third Avenue, Suite 2105
Seattle, WA  98104
(206) 447-7422