Honorable Judge Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>CHARLES JAMES WILLIAMS,<br><br>            Defendant. | No. CR21-119 RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

The Court, having considered Defendant's Motion to Seal Defendant Williams's CT abdomen and pelvis medical records, and good cause having been shown, hereby orders that the Motion to Seal (Dkt. 25) is GRANTED. Defendant Williams's CT abdomen and pelvis medical records (Dkt. 26) shall remain filed under seal.

DATED this 19th day of April, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

---

ORDER GRANTING MOTION TO SEAL - 1
Case No. CR21-119 RAJ

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
7200 Third Avenue, Suite 2105
Seattle, WA 98104
(206) 447-7422