Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>CHARLES JAMES WILLIAMS ,<br>                Defendant. | No. 2:21-cr-00119-RAJ<br><br>ORDER TO SEAL |

The Court, having considered the defense's Motion to Seal Defendant Charles James Williams's medical records, and good cause having been shown, hereby orders that the Motion to Seal (Dkt. 33) is GRANTED. The medical records filed under Dkt. 34 shall remain sealed.

DATED this 6th day of May, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
720 Third Avenue, Suite 2105
Seattle, WA 98104
(206) 447-7422