UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES JAMES WILLIAMS ,<br>　　　　　　　　　　Defendant. | No.  CR21-119 RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

　　　The Court, having considered the defense's motion to seal Defendant Charles James Williams's federal prison medical records, and good cause having been shown, hereby orders that the motion to seal (Dkt. 45) is GRANTED and said pleading shall remain sealed.

　　　DATED this 16th day of August, 2022.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
Case No. CR21-119 RAJ

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
720 Third Avenue, Suite 2105
Seattle, WA  98104
(206) 447-7422