The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:21-cr-00119-RAJ |
| Plaintiff, | ) ) | ORDER GRANTING UNOPPOSED MOTION TO ALLOW ACCESS |
| v. | ) ) | TO SEALED TRANSCRIPT |
| CHARLES J. WILLIAMS, | ) ) | |
| Defendant. | ) ) | |

Having considered Defendant's Motion to Allow Access to Sealed Transcript, and considering the need for appellate counsel to have access to transcripts, the Court GRANTS Defendant's Motion (Dkt. 54) and ORDERS that the sealed transcript for the hearing held on May 6, 2022, shall be transmitted to counsel for Defendant Charles Williams on appeal, Harry Williams, but remain sealed to other parties and for all other purposes.

DATED this 29th day of September, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER RE: ACCESS TO SEALED TRANSCRIPT – 1