Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES JAMES WILLIAMS,

Defendant.

No. 2:21-cr-00119-RAJ

ORDER

THIS MATTER comes before the Court upon Defendant Charles James Williams's Amended Motion for an Order Authorizing Appellate Counsel to Obtain Sealed Records.  There being no opposition filed, and for good cause shown, IT IS ORDERED that the Amended Motion (Dkt. 66) is GRANTED.  The following records shall be unsealed to the limited extent that the Clerk of the Court may provide copies to Brooks Holland, appellate counsel for Charles James Williams:

- Sealed documents filed under Dkt. Nos. 24 and 26.
- Sealed digital recording and/or transcript of the court hearing conducted on March 24, 2022.

///

///

///

ORDER - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

IT IS FURTHER ORDERED that the requested docket entries and digital recording shall be unsealed only for the limited purpose of providing them to attorney Brooks Holland, and that they shall remain sealed for all other purposes, including from the public, absent further Court order.

DATED this 13th day of December, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2