Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>CHARLES J. WILLIAMS,<br><br>               Defendant. | No. CR21-119RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION FOR RELEASE ON AN APPEARANCE BOND |

THE COURT has considered Charles Williams's unopposed motion for release on an appearance bond with special conditions along with the records in this case.

IT IS NOW ORDERED that the motion is granted. An appearance bond will be issued in this case, which shall include the following special condition:

> The defendant shall reside in and satisfactorily participate in a residential reentry center program, as a condition of supervised release or probation, for up to 120 days or until discharged by the Program Manager or U.S. Probation Officer. The defendant may be responsible for a 25% gross income subsistence fee.

The previously imposed conditions of supervised release will remain in effect.

DATED this 14th day of July, 2023.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1