The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-119 RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL EXHIBITS |
| CHARLES WILLIAMS, | |
| Defendant. | |

THIS MATTER has come before the Court on the unopposed motion by the Government to seal Exhibits 3 through 5 of the Government's Memorandum Regarding Disposition of Supervised Release Violations (Dkt. 98). The Court has reviewed the motion and records in this case and finds there are compelling reasons to seal these exhibits, due to the sensitive personal identifying information contained therein.

//
//
//
//
//

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Williams,* CR21-119 RAJ

1    IT IS HEREBY ORDERED that the Unopposed Motion to Seal (Dkt. 103) is

2  GRANTED.  Exhibits 3 through 5 of the Government's Memorandum Regarding

3  Disposition of Supervised Release Violations (Dkt. 98) are to be maintained by the

4  Clerk's office under seal.

5

6    DATED this 8th day of January, 2024.

7

8  _____

9  The Honorable Richard A. Jones

10  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION TO SEAL - 2
*United States v. Williams,* CR21-119 RAJ